THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| F.O.B. INSTRUMENTS, LTD. | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 06-CV-01412-AW |
| KROWN MANUFACTURING, INC. et al., | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SPECIAL VERDICT FORM

We, the jury make the following answers to the questions submitted by the Court:

### WILLFUL PATENT INFRINGEMENT

**QUESTION NO. 1**

Do you find by clear and convincing evidence that Defendants willfully infringed the '998 patent?

Answer:    Yes _____    No ✓

### PATENT DAMAGES (Reasonable Royalty)

**QUESTION NO. 2**

Please state the amount of damages Plaintiff is entitled to on the basis of a reasonable royalty for the infringement of the '998 patent.

$ __58,316__

### WILLFUL TRADEMARK INFRINGEMENT

**QUESTION NO. 3**

Do you find by clear and convincing evidence that Defendants willfully infringed Plaintiff's trademark "A BETTER WAY TO GREET THE DAY" in connection with the sale and advertising of the BUZZ clock?

Answer:    Yes _____    No ✓

The foreperson should sign the verdict form to witness that a unanimous verdict has been reached.

_5/23/08_
Date

_Kenneth Lemberg_
Foreperson

1